UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60556-CIV-SINGHAL

SOCIAL ATHLETE,
d/b/a Seth Holbrook, LLC,

    Defendant,

v.

DUSTIN YOUNG,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came before the Court upon Defendant Young's Second Verified Motion for Attorneys' Fees ("Motion") (DE [29]) and the Report and Recommendation (DE [37]) of the Magistrate Judge recommending that the Motion be granted in part and that Defendant be awarded $8,922 in attorney's fees. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

    **ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [37]) is **AFFIRMED** and **ADOPTED**. Defendant Young's Second Verified Motion for Attorneys' Fees (DE [29]) is **GRANTED IN PART AND DENIED IN PART**. Defendant is awarded $8,922 in attorney's fees.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 13th day of February, 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF